```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

TRACY LEIGH LINDSEY, # 189896,   *
                                 *
    Plaintiff,               *
                                 *
vs.                              *  CIVIL ACTION NO. 22-00288-JB-B
                                 *
BILLY LINDSEY,                   *
                                 *
    Defendant.               *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and entered August 25, 2022 (Doc. 5) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 12(h)(3) for lack of subject matter jurisdiction.

**DONE and ORDERED** this 20th day of September, 2022.

                                          /s/ JEFFREY U. BEAVERSTOCK
                                        CHIEF UNITED STATES DISTRICT JUDGE